UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No: 11-04782-3G7

CHARLES EDWARD DECHMAN

                                    Debtor(s). /

**TRUSTEE'S NOTICE OF INTENT TO SELL
PROPERTY OF THE ESTATE AT PRIVATE SALE**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 N. HOGAN STREET, SUITE 3-350, JACKSONVILLE, FL 32202, AND SERVE A COPY ON THE ATTORNEY FOR THE TRUSTEE, GORDON P. JONES, P.O. BOX 600459, JACKSONVILLE, FL 32260-0459. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C §363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, the Trustee will sell at private sale the Estate's interest in the following described property:

Household goods and furnishings listed on Schedule B valued at $2,120 for **$1,000** and Estate's interest in equity in 2009 Nissan Frontier, with approximately 23,000 miles listed on Schedule B valued at $19,275, less applicable lien and exemptions for **$1,000**

The sale shall be to the Debtor(s) for not less than $2,000 payable at the rate of $166.67 monthly commencing October 15, 2011, and continuing each month until paid in full. Payment(s) shall be made to **Gordon P. Jones, Trustee, and mailed to Post Office Box 600459, Jacksonville, FL 32260-0459**. **Furthermore, the Debtor(s) shall forthwith provide the Trustee proof that the motor vehicle and personal property are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue so long as there remain any sums unpaid.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Dated: October 4, 2011

*/s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Trustee

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 4th day of October, 2011 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-04782-PMG<br>Middle District of Florida<br>Jacksonville<br>Tue Oct  4 10:55:54 EDT 2011 | Charles Edward Dechman<br>1428 Manotak Ave.<br>Jacksonville, FL 32210-1009 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | AT&T - BELLSOUTH<br>AT&T CORRESPONDENCE<br>39555 ORCHARD HILL PL.STE L75<br>Novi MI 48375-5512 |
| Alliance One<br>1684 Woodlands Dr<br>Maumee OH 43537-4093 | BAC HOME LOANS<br>pka Countrywide Home Loans<br>PO Box 5170<br>Simi Valley CA 93062-5170 | D & L LOGISTICS, LLC<br>7800 OLD KINGS ROAD<br>JACKSONVILLE FL 32219-2944 |
| Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | WELLS FARGO ACCEPTANCE<br>2501 SEAPORT DR #BH-300<br>Chester PA 19013-1893 |
| WELLS FARGO BANK<br>BUSINESS DIRECT DIVISION<br>MAC S4101-050<br>P.O. BOX 29746<br>PHOENIX AZ 85038-9746 | Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | United States Trustee - JAX 7 +<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Kevin B Paysinger +<br>Bankruptcy Law Firm of Lansing J Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | VyStar Credit Union (AT) +<br>PO Box 45085<br>Jacksonville, FL 32232-5085 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | WACHOVIA BANK<br>COMMERCIAL LOAN SERVICES<br>P.O. BOX 740502<br>ATLANTA GA 30374-0502 | (d)WACHOVIA BANK, N.A.<br>BANKRUPTCY DEPT<br>PO BOX 13765<br>Roanoke VA 24037-3765 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)Gordon P. Jones +
P.O. Box 600459
Jacksonville, FL 32260-0459

End of Label Matrix
Mailable recipients    19
Bypassed recipients     2
Total                  21